IN THE CIRCIUT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY
CIVIL DIVISION

MARY LOU BUSH,

    Plaintiff,

v.                              Case No.:

VENTRON MANAGEMENT, LLC,
a Florida Limited Liability Company;
OASIS OUTSOURCING, INC.,
a Florida Corporation.

    Defendants.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW Plaintiff, MARY LOU BUSH ("Plaintiff"), by and through her undersigned counsel, and sues the Defendants, VENTRON MANAGEMENT, LLC, and OASIS OUTSOURCING, INC. (jointly referred to as "Defendant"), and alleges as follows:

1. This disability discrimination action is brought under the Florida Civil Rights Act, Chapter 760, Florida Statutes (the "FCRA) and the Americans with Disabilities Act, of 1990 (42 U.S.C. 12101 *et seq.*) as amended by the Americans with Disabilities Amendment Act of 2008 (the "ADA").

2. This Court has jurisdiction of the ADA claims under concurrent jurisdiction. This Court has jurisdiction of the state law FCRA claims as this is an action for damages that exceed $15,000, exclusive of costs, interests and attorney's fees.

3. At all times material herein, the Defendant, VENTRON MANAGEMENT, LLC, was a Florida Limited Liability Company doing business in Hillsborough County, Florida, with its principle place of business at 3700 Airport Road, Suite 404 Boca Raton, Florida.

4. At all times material herein, the Defendant, VENTRON MANAGEMENT, LLC, employed 15 or more employees, and has done so for more than 20 consecutive calendar weeks.

5. At all times material herein, Defendant VENTRON MANAGEMENT, LLC owned and managed multi-unit family properties in Tampa, Hillsborough County, Florida.

6. All times material herein, the Defendant, OASIS OUTSOURCING, INC., was a Florida for profit corporation, operating its business in Hillsborough County, Florida.

7. At all times material herein, the Defendant, OASIS OUTSOURCING, INC., employed 15 or more employees, and has done so for more than 20 consecutive calendar weeks.

8. At all times material hereto, Defendant OASIS OUTSOURCING, INC. was operating as a Professional Employer Organization ("PEO") and provided Human Resource Services to Defendant, VENTRON MANAGEMENT, LLC.

9. At all times material herein Defendant, OASIS OUTSOURCING, INC., was a joint employer with Defendant, VENTRON MANAGEMENT, LLC, for the purposes of handling the Human Resource functions for VENTRON MANAGEMENT, LLC, was responsible for approving all decisions to terminate employees, and independently directed VENTRON MANAGEMENT, LLC's supervisors on terminating employees.

10. Plaintiff, MARY LOU BUSH, was employed by Defendant, VENTRON MANAGEMENT, LLC, beginning on or about February 16, 2009.

11. At all times material herein, the Plaintiff was qualified to hold the position of Regional Property Manager, which was the position the Defendant, VENTRON MANAGEMENT, LLC, hired the Plaintiff to perform. Plaintiff managed properties throughout Florida, including Hillsborough County, Florida and Georgia.

12. Plaintiff was informed on or about October 15, 2009, by Patrick Ragsdale, Senior Vice President of Operations for Defendant, VENTRON MANAGEMENT, LLC, that the Plaintiff was being considered for a promotion to the Vice President for Operations position in the coming months.

13. Plaintiff was diagnosed with cancer on or about February 15, 2010.

14. On February 20, 2010 Plaintiff informed VENTRON MANAGEMENT, LLC of her cancer diagnosis. Within the week of February 20, 2010, Plaintiff also notified OASIS OUTSOURCING, INC. of her cancer diagnosis.

15. For approximately three weeks Plaintiff worked from home.

16. Plaintiff's medical condition resulted in Plaintiff being unable to perform one or more major life activities as defined by the FCRA and the ADA.

17. Despite Plaintiff's disability, she continued to perform some or all of the essential functions required of a Regional Property Manager while working from home during her treatment period.

18. Plaintiff received a medical release from her treating physician to return to work on or about March 15, 2010, and did return to a new corporate unit in Atlanta, Georgia, on March 16, 2010, that was assigned to her by the Defendant, VENTRON MANAGMENTS, LLC.

19. Despite Plaintiff's medical release to return to work and her being willing and able to return to work, and despite the position as Regional Property Manager being available, Defendant, VENTRON MANAGEMENT, LLC, acting in conjunction with Defendant OASIS OUTSOURCING, INC., wrongfully discharged Plaintiff due to her disability on or about March 16, 2010 in violation of the FCRA and ADA.

3

20. The conduct of the Defendants as complained of herein was willful, malicious, oppressive, wanton, and in complete disregard for the rights of the Plaintiff.

21. The Defendants did not terminate the remaining non-disabled Regional Property Managers.

22. The Defendants, advertised, recruited and hired a new non-disabled employee to perform the same functions for Defendant, VENTRON MANAGEMENT, LLC, that the Plaintiff had performed prior to being terminated.

23. Plaintiff dually filed a Charge of Discrimination with the Equal Employment Opportunity Commission (the "EEOC") and the Florida Commission on Human Relations (the "FCHR") on or about July 7, 2010 (attached hereto as Exhibit "A"), and a Notice of Right to Sue was issued for each Defendant upon request when it was determined that the EEOC would be unable to complete its administrative processing within 180 days from the filing of the complaint (attached hereto as Exhibit "B" and "C").

24. Plaintiff has satisfied all of the procedural and administrative requirements set forth in the FCRA and the ADA, and has otherwise fulfilled all of the conditions precedent to institution of this action.

25. Plaintiff has retained the undersigned counsel on her behalf to institute the action under the ADA and FCRA.

## COUNT I – DISABILITY DISCRIMINATION
## FCRA

26. Plaintiff, MARY LOU BUSH, realleges and incorporates paragraphs 1 through 25 of this Complaint as if set forth in full herein.

27. This count is brought pursuant to Section 760.10, Florida Statutes, of the Florida Civil Rights Act, and the protections therein.

28. Plaintiff is an "employee" within the meaning of the FCRA.

29. As described above, Plaintiff is an individual with a disability within the meaning of the FCRA.

30. Plaintiff was qualified for her position as Regional Property Manager at the time of her termination.

31. By the conduct described above, Defendants engaged in unlawful employment practices in violation of the FCRA and discriminated against Plaintiff on account of her actual disability.

32. As a result of Defendants' unlawful discrimination Plaintiff has suffered and continues to suffer damages.

WHEREFORE, Plaintiff, Mary Lou Bush, prays for relief against the Defendant, VENTOR MANAGEMENT, LLC, and Defendant, OASIS OUTSOURCING, INC., as follows:

a. Back pay and benefits;

b. Interest on back pay and benefits;

c. Front pay and benefits;

d. Compensatory damages;

e. Pecuniary and non-pecuniary losses;

f. Costs and attorney's fees;

g. Punitive damages; and

h. For any other relief this Court deems just and equitable.

## COUNT II – DISABILITY DISCRIMINATION
## ADA

33. Plaintiff, MARY LOU BUSH, realleges and incorporates paragraphs 1 through 25 of this Complaint as if set forth in full herein.

34. This count is brought pursuant to the ADA, and the protections therein.

35. Plaintiff is an "employee" within the meaning of the ADA.

36. As described above, Plaintiff is an individual with a disability within the meaning of the FCRA.

37. Plaintiff was qualified for her position as Regional Property Manager at the time of her termination.

38. By the conduct described above, Defendants engaged in unlawful employment practices in violation of the ADA and discriminated against Plaintiff on account of her actual disability.

39. As a result of Defendants' unlawful discrimination Plaintiff has suffered and continues to suffer damages.

WHEREFORE, Plaintiff, Mary Lou Bush, prays for relief against the Defendant, VENTOR MANAGEMENT, LLC, and Defendant, OASIS OUTSOURCING, INC., as follows:

i. Back pay and benefits;

j. Interest on back pay and benefits;

k. Front pay and benefits;

l. Compensatory damages;

m. Pecuniary and non-pecuniary losses;

n. Costs and attorney's fees;

o. Punitive damages; and

p. For any other relief this Court deems just and equitable.

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all issues herein triable by jury.

DATE this \_\_4\_\_ day of January, 2011.

                        MANDELBAUM, FITZSIMMONS & HEWITT, P.A.

                        */s/ Scott K. Hewitt*
                        SCOTT K. HEWITT, ESQ.
                        FBN #164836
                        Post Office Box 3373
                        Tampa, Florida 33601
                        Telephone: (813) 221-0200
                        Fax: (813) 221-8558
                        SKH@MANFITZLAW.COM
                        Attorney for Plaintiff